NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK v. Layton McCANDLESS.

No. 545.

Circuit Court of Appeals, Tenth Circuit.

Dec. 28, 1931.

Hogsett, Smith, Murray & Trippe, of Kansas City, Mo., for appellant.

J. L. Shelden, of Ottawa, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

O'BRIEN BROTHERS, Inc., Owner of The Scow WESTERN LIGHT, Libelant-Appellee, v. GOODWIN–GALLAGHER SAND & GRAVEL CORPORATION, Respondent-Appellant.

No. 246.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1932.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Steve PALARO and Joe Vegher v. UNITED STATES of America.

No. 582.

Circuit Court of Appeals, Tenth Circuit.

Nov. 27, 1931.

F. W. James, of Salt Lake City, Utah, for appellants.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

Joseph PAULDINO v. UNITED STATES of America.

No. 588.

Circuit Court of Appeals, Tenth Circuit.

Dec. 16, 1931.

O. Otto Moore, of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.